UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BARRY REAVES, individually and on behalf of others similarly situated, ) ) ) | |
| Plaintiff, ) ) ) | NO. 3:21-cv-00048 |
| v. ) ) ) | |
| JOSTEN'S INC., ) ) ) | |
| Defendant. ) | |

## ORDER

The parties have filed a Stipulation for Dismissal with Prejudice (Doc. No. 30). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR
CHIEF UNITED STATES DISTRICT JUDGE